**DISMISSED and Opinion Filed April 16, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01526-CV

**CARLTON E. BUSH, Appellant**
**V.**
**LAURA JANE BUSH, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-09270**

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

Pro se appellant Carlton E. Bush appeals the trial court's final decree of divorce. When appellant filed his brief on February 14, 2020, we determined it was deficient. By letter dated February 25, 2020, we notified appellant that his brief failed to comply with the requirements of Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1. We provided appellant an opportunity to file an amended brief that complied with rule 38.1's requirements within ten days and cautioned him that failure to comply might result in dismissal of the appeal without further notice. *See id*. 38.8(a)(1); 42.3(b), (c). Appellant did not file an amended brief.

Although civil litigants may represent themselves at trial and on appeal, pro se litigants must adhere to our rules of evidence and procedure, including the appellate rules of procedure. *Bolling v. Farmers Branch Indep. Sch. Dist.*, 315 S.W.3d 893, 895 (Tex. App.—Dallas 2010, no pet.). Our appellate rules have specific requirements for briefing. *See* TEX. R. APP. P. 38. Among other requirements, the rules require appellants to state concisely their complaints; provide understandable, succinct, and clear argument showing why their complaints are meritorious in fact and in law; cite and apply applicable law; and provide appropriate references to the record. *See id.* 38.1(f–i); *Bolling*, 315 S.W.3d at 895. If an appellant fails to provide adequate briefing, we may dismiss the appeal. TEX. R. APP. P. 42.3; *Bolling*, 315 S.W.3d at 895–96.

Appellant failed to file a brief that complies with our rules, despite having been notified of his brief's deficiencies and having been given an opportunity to amend. Appellant's brief simply identifies the legal issues presented, but does not provide a concise statement of facts supported by record references or argument with appropriate citations to the record and legal authorities. *See* TEX. R. APP. P. 38.1(g), (i). Without adequate briefing, appellant is not entitled to judicial review. *See id.*; *Bolling*, 315 S.W.3d at 895–96.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 42.3(c); *Bolling*, 315 S.W.3d at 895–96.

/Robert D.Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191526F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CARLTON E. BUSH, Appellant

No. 05-19-01526-CV      V.

LAURA JANE BUSH, Appellee

On Appeal from the 255th Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-09270. Opinion delivered by Chief Justice Burns. Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LAURA JANE BUSH recover her costs, if any, of this appeal from appellant CARLTON E. BUSH.

Judgment entered April 16, 2020